NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**LUMENTUM OPTICS INC.,**
*Appellant*

**v.**

**OYSTER OPTICS, LLC,**
*Appellee*

_____

2019-1820

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-01881.

_____

## JUDGMENT

_____

JOEL SAYRES, Faegre Drinker Biddle & Reath LLP, Denver, CO, argued for appellant. Also represented by NICHOLAS POLI CHAN, East Palo Alto, CA; LAUREN MARIE WILLIAMS STEINHAEUSER, Minneapolis, MN.

WAYNE MICHAEL HELGE, Davidson Berquist Jackson & Gowdey, LLP, McLean, VA, argued for appellee. Also represented by JAMES THOMAS WILSON, ALDO NOTO.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (WALLACH, CHEN, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<u>August 4, 2020</u>          <u>/s/ Peter R. Marksteiner</u>
Date                    Peter R. Marksteiner
                        Clerk of Court